IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

LEALON MULDROW                          §

VS.                                     §    CIVIL ACTION NO. 1:05cv197

R.D. MILES                              §


MEMORANDUM ORDER OVERRULING PETITIONER'S OBJECTIONS AND ADOPTING
         THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION


Petitioner Lealon Muldrow, an inmate at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. A report was entered by the magistrate judge recommending the above-styled petition be dismissed.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.  Petitioner filed objections to the magistrate judge's Report and Recommendation.  This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).  After careful consideration, the court concludes petitioner's objections are without merit.

O R D E R

Accordingly, petitioner's objections are **OVERRULED**.  The
findings of fact and conclusions of law of the magistrate judge are
correct and the report of the magistrate judge is **ADOPTED**.  A final
judgment will be entered in this case in accordance with the
magistrate judge's recommendations.

So **ORDERED** and **SIGNED** this **22** day of **July, 2005.**

_____
Ron Clark, United States District Judge